UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Xavier Francisco Carrillo Fernandez,<br><br>Petitioner<br><br>v.<br><br>Jason Knight, *et al.*,<br><br>Respondents | Case No.: 2:25-cv-02221-JAD-BNW<br><br>**Order** |

Petitioner, Xavier Francisco Carrillo Fernandez, immigration detainee, has filed a counseled Petition for Writ of Habeas Corpus.[1] Having conducted a preliminary review of the petition, the Court directs that it be served on respondents and orders the respondents to file a response.

IT IS THEREFORE ORDERED that the Clerk of Court is directed to:

1. DELIVER a copy of the Petition (ECF No. 1) and this Order to the U.S. Marshal for service;

2. ADD the United States Attorney for the District of Nevada to the docket as an Interested Party;

3. SEND, through CM/ECF, a copy of the Petition (ECF No. 1) and this Order to the United States Attorney for the District of Nevada at Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E); and

---

[1] ECF No. 1.

4. MAIL a copy of the Petition (ECF No. 1) and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

(1) Jason Knight, Acting Las Vegas Field Office Director, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096

(2) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528

(3) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC 20530

(4) Executive Office of Immigration Review, 5107 Leesburg Pike, Falls Church, VA 22041

(5) John Mattos, Warden, Nevada Southern Detention Center, 2190 E. Mesquite Ave., Pahrump, NV 89060

IT IS FURTHER ORDERED that the U.S. Marshal is directed to SERVE a copy of the Petition (ECF No. 1) and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United States Attorney under Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that counsel for respondents must file a notice of appearance within 2 days of the date of this order and file and serve their response to the petition within 7 days of the date of this order, unless additional time is allowed for good cause shown.

IT IS FURTHER ORDERED that petitioner has 7 days following the filing of the response to file a reply.

_____
U.S. District Judge Jennifer A. Dorsey
November 17, 2025